**SO ORDERED: August 01, 2007.**

_____
**Frank J. Otte**
**United States Bankruptcy Judge**

```
          UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF INDIANA
              INDIANAPOLIS DIVISION
IN RE:
JOSHUA JACKSON and      )
DANIELLE JACKSON        ) CASE NO. 07-02540-FJO-7A
                        )
        Debtor          )
```

### ORDER

This matter came before the Court upon the filing of the Trustee's Motion for Turnover of Asset filed on May 22, 2007 and the response filed thereto by the Debtors. The Court held a hearing on this matter on June 20, 2007.

Based upon the Court's ruling wherein it held that the Debtors' claimed exemption in the Roth IRA account was a valid exemption, this Court finds that the relief prayed for by the Trustee in his Motion for Turnover should be denied. It is, therefore,

ORDERED, ADJUDGED AND DECREED that the Motion for Turnover be and hereby is DENIED.

###

Case 07-02540-FJO-7    Doc 31    Filed 08/01/07    EOD 08/01/07 14:07:52    Pg 2 of 2